# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward, CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

April 15, 2016

Patrick L Forte Atty
1624 Franklin St #911
Oakland, CA 94612


Chapter 13 Case No.: 16-40960-WJL13
Re: Antonio Jose Camacho
    Blanca Patricia Camacho

In our initial review of your client's case, the trustee requests clarification of the listed items on the attached forms.

Although a complete review of this case has not taken place and there may be other inconsistencies that may need to be addressed at the 341 meeting, it is necessary to advise you of the situation.

The requested items **must** be received five (5) days prior to the 341 meeting of creditors. Failure to provide the requested information may result in the recommendation by the trustee that this case be dismissed or converted to a Chapter 7.

If you have any question concerning this matter, please do not hesitate to contact the Legal Department.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

## CASE # 16-40960-WJL13  CAMACHO

BASED ON THE INITIAL REVIEW OF THE ABOVE DEBTORS CASE THE FOLLWING AMENDED PLAN, SCHEDULES AND/OR MISC DOCUMENTS **NEED TO BE FILED WITH BANKRUPTCY COURT** FOR THE FOLLOWING REASONS:

### DEBTOR'S PLAN

[]   Standard Oakland Division Chapter 13 plan to be filed with court. (Version 8/1/13 – see attached)

[]   Please serve the plan on all creditors with 28 days' notice and opportunity to object on all creditors or 21 days' notice and opportunity to object, if plan was previously served and amendment is being filed that effects the creditors.

[]   Section 1.01a Plan payments and/or months not provided on the chapter 13 plan
[]   Section 1.01a missing source of plan payment/step up payment
[]   Section 1.01b missing source and/or date of lump sum payment
[]   Section 1.01c missing plan term and/or term does not match 1.01a

[]   Section 2.03 (Attorney fees):
___ Missing:
___ Fees are inconsistent with the amounts reflected on the Fee disclosure and/or the rights and responsibilities form

[]   Section 2.10 missing priority creditors from schedule E/F

[]   Section 2.12
___ Percent plan or Pot Plan must be selected
___ Estimated percentage must be reflected under "Pot Plan"

[]   The following creditor(s) treatment unfairly discriminates other unsecured creditors:
Section:    Creditor:

[]   No time frame for sale/refinance of property and/or time frame too long in section 1.01(b). (Timeframe should not exceed 12 months)

[]   Per Trustee's plan calculations;

[]   Information on the plan, does not match/needs clarification:
___ Creditor is listed in multiple sections, must select one.

[]   Claim # filed by - not provided for and/or classification of claim is different than scheduled and/or filed for higher than scheduled.

## MISC DOCUMENTS

■ Copy of most recent filed IRS tax return to trustee's office 7 days before 341. Send 1st two pages of 1040 & schedule C (if applies) with all SSN's redacted including dependents' names and SSN's (if applies).

■ Payment advices/paystubs (60 days prior to filing) to be provided to trustee's office 7 days before 341. If debtor does not receive payment advices/paystubs, Payment Advice Coversheet should be provided with corresponding box selected.

NOTE: PLEASE DO NOT FILE <u>TAXES</u> OR <u>PAYMENT ADVICES</u> WITH COURT.
THEY ARE TO BE SENT IN THE FOLLOWING FORMATS:
- Via mail - Po Box 5004 Hayward Ca 94540
- Drop off – 22320 Foothill Blvd #150 Hayward Ca 94541
- FTP site
- Encrypted file via email 13TRUSTEE@OAK13.COM only if properly encrypted, with the proper access information provided to the Trustee's office. Taxes and payment advices must be attached as separate PDF attachments. If the email is not encrypted they will not be received.

[] Certificate of credit counseling and/or declaration of exigent circumstances re: credit counseling to be filed.

[] Statement by debtor not represented by an attorney to be provided (see attached)

## MEANS TEST (Form 122C-1 / Form 122C-2)

[] Payment of $ with % to unsecured creditors is needed to pay in disposable monthly income of $

[] Per means test, commitment period of 60 months is needed for plan.

[] Business expenses need to be moved from form 122C-1, line 5 to form 122C-2, line 43.

[] Deduction on # needs a supporting declaration.

[] Deduction on # does not match the current expenses of the debtor, per the schedule J.

[] Incorrect information on means test Line#

[] Declaration is necessary to explain the difference between the Means Test Income of $ and the Schedule I income of $

Martha G. Bronitsky Chapter 13 Trustee's Office
Case: 16-40960   Doc# 10   Filed: 04/15/16   Entered: 04/15/16 12:49:59   Page 3 of 6

**SCHEDULES:**

[ ] **Voluntary Petition (Form 101):** Part ___ # ___:

[ ] **Summary of Your Assets/ Liabilities/ Certain Statistical information (Form 106Sum):** Part ___ # ___:

[ ] **Schedules A/B (Form 106A/B):** Part ___ # ___:

[ ] **Schedule C (Form 106C):** Part ___ # ___:

[ ] **Schedule D – Secured Creditors (Form 106D):** Part ___ # ___:

[ ] **Schedule E/F – Unsecured creditors (Form 106E/F):** Part ___ # ___:
___ Must reflect domestic support obligation information. (i.e. name and address(es) of person receiving the support and the name/address of the county where the order was issued. Only if its court ordered)

[ ] **Schedule G – Executory Contracts (Form 106G):** Part ___ # ___:

[ ] **Schedule H – Co-Debtors (Form 106H):** Part ___ # ___:

■ **Schedule I – Income (Form 106I):** Part ___ # ___:
___ Must reflect complete employer address/information for debtor.
• Line 8a requires supporting statement that reflects gross receipts, ordinary and Necessary business/rental expenses, and total monthly net income.
___ Declaration of outside party to support plan to be filed re:

[ ] **Schedule J – Expenses (Form 106J):** Part ___ # ___:
___ Expenses exceed Income
___ Proposed payment exceeds excess income
___ Auto insurance not provided for
___ Not all excess income is being paid into the plan $___ after expenses & proposed $ plan payment.

[ ] **Statement of Financial Affairs (Form 107):**
___ Information incomplete Part # :
___ Part # Missing

Martha G. Bronitsky Chapter 13 Trustee's Office

Case: 16-40960   Doc# 10   Filed: 04/15/16   Entered: 04/15/16 12:49:59   Page 4 of 6

**ATTORNEY FEES**
[]  Rights and Responsibilities form is not filed and/or on incorrect form [Form was updated 8/1/15 to include provision for MMM fees]
[]  Attorney fee disclosure form is not filed and/or on incorrect form
    <u>Note</u>: fees will not be paid unless above forms are filed on the correct form

**MORTGAGE MODIFICATION MEDIATION (MMM):**
[]  Motion for referral of case to the MMM program needs to be filed and ordered

**OTHER:**

[]  Motion to dismiss:

[]

***Note: If you have questions regarding the above information, please contact the Trustee's office by phone (510) 266-5580 or send an email:
RLE - Susie Valdivia at svaldivia@oak13.com
CN - Rammet Munoz at rmunoz@oak13.com
WJL - Veronica Valdez at vvaldez@oak13.com

Martha G. Bronitsky Chapter 13 Trustee's Office

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ) Bankruptcy Case
) No.
)
Debtor(s) )

## STATEMENT RE PAYMENT ADVICES

☐ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date:_____

_____
Signature of Debtor

Date:_____

_____
Signature of Joint Debtor

Date:_____

_____
Signature of Attorney

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

　　　　I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.
                                                          (Required by 11 U.S.C. § 110)
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
Address

X_____     _____
Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*